SCPW-15-0000488

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SAMUEL CARTER, Petitioner,

vs.

THE HONORABLE KAREN T. NAKASONE, JUDGE OF THE CIRCUIT COURT OF THE FIRST CIRCUIT, STATE OF HAWAIʻI, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING

ORDER DENYING WITHOUT PREJUDICE PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

On June 26, 2015, Samuel Carter ("Carter") submitted for filing a document entitled "Plaintiff Samuel Carter Request Motion to Receive the Final Judgment and Case Number Under Rule 2.13." In the document, Carter asks this court to compel the Honorable Karen T. Nakasone to "release the case number in the above civil matter with the Final Judgment." Upon consideration of the petition, it appears that Carter fails to provide sufficient information for this court to determine whether mandamus relief is warranted. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an

extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied without prejudice.

IT IS HEREBY FURTHER ORDERED that the appellate clerks' office shall process the petition for a writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawai'i, August 6, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2